IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

DWAYNE PETERSON DAVIS,

Defendant.

CRIMINAL ACTION NO.
1:24-cr-00257-JPB-JSA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 15 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## **ORDER**

The above-named Defendant has requested additional time in which to obtain counsel of his own choosing. For good cause shown, Defendant Dwayne Peterson Davis shall be allowed until **4:00 p.m. on Thursday, August 29, 2024,** to obtain counsel of his own choosing. Upon the hiring of counsel, counsel shall promptly notify Magistrate Judge Regina D. Cannon and the United States Attorney and file a written appearance. If counsel has not been retained by the allotted time, the Defendant shall promptly notify Magistrate Judge Cannon.

The clerk is DIRECTED to exclude time in this case pursuant to 18 U.S.C.§ 3161(h)(8)(A)(B)(iv) from this date until counsel has appeared for Defendant or until further order of the Court. The Court finds that the continuance granted in this Order is necessary for Defendant to obtain adequate representation and that the ends

of justice in granting this continuance outweigh the interest of the public and the Defendant in a speedy trial.

**IT IS SO ORDERED** on this 15th day of August, 2024.

_____
REGINA D. CANNON
United States Magistrate Judge