IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Action No. |
| v. ) | 1:24-CR-257-JPB-JSA |
| ) | |
| DWAYNE PETERSON DAVIS ) | |

## ORDER

Having considered Defendant's Unopposed Motion to Continue Pretrial Motion Deadline and Pretrial Conference, it is **HEREBY ORDERED** that the Motion is **GRANTED**. The Defendant shall have until December 13, 2024, to file any necessary pretrial motions. The pretrial teleconference is hereby rescheduled to December 18, 2024 at 10:00 a.m.

The delay between the September 11, 2024 and December 18, 2024 shall be excluded from Speedy Trial Act calculations because the Court finds that the reason for the delay is for good cause and will allow defense counsel additional time to review the voluminous discovery and meet with his client. The Court also finds that the delay caused by the requested continuance should be excluded from Speedy Trial Act computations because the additional time is needed for adequate preparation and to prevent a miscarriage of justice and the ends of justice are served by granting this continuance, in that they outweigh the best interests of the

public and the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) & (iv).

The clerk is DIRECTED to exclude this time from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(i) & (iv).

**IT IS SO ORDERED** this the 11th day of September, 2024.

*Justin S. Anand*
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

Prepared by:
Douglas W. Gilfillan
Georgia Bar No. 294713
Gilfillan Law LLC
One Atlantic Center
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309
Phone: (404) 795-5016
Email: doug@gilfillanlawllc.com