IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DWAYNE PETERSON DAVIS | Criminal Action No.<br><br>1:24-CR-257-JPB-JSA |

**Victim Disclosure Statement Pursuant to Federal Rule 12.4(a)(2)**

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, _Government Employees Insurance Company_ (company name), who has been identified as an organizational victim in the above-captioned case, makes the following disclosure:

Is the victim a corporation?

_Yes_

1. List any parent corporation or state that there is no such corporation:

   _GEICO Corporation_

2. List any publicly held corporation that owns 10% or more of the victim's stock or state that there is no such corporation:

   _N/A_

The undersigned understands that Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure requires that a supplemental statement be filed if there is any change in the information that this statement requires.

_Christopher Nowack_
Printed name

_Christopher Nowack_, Secretary
Signature

_9/12/24_
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DWAYNE PETERSON DAVIS | Criminal Action No.<br><br>1:24-CR-257-JPB-JSA |

**Victim Disclosure Statement Pursuant to Federal Rule 12.4(a)(2)**

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure,

Riverside Village Investments, LLC f/k/a PIS QOZ Fund 2018-A, LP, who has
(company name)

been identified as an organizational victim in the above-captioned case, makes the following disclosure:

Is the victim a corporation? Yes

1. List any parent corporation or state that there is no such corporation:

    Government Employees Insurance Company

2. List any publicly held corporation that owns 10% or more of the victim's stock or state that there is no such corporation:  N/A

The undersigned understands that Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure requires that a supplemental statement be filed if there is any change in the information that this statement requires.

_Christopher Nowack_
Printed name

_9/16/24_
Date

_Christopher Nowack_
Signature
Secretary of Government Employees Ins. Co.

Submitted by:
JOHN RUSSELL PHILLIPS
   *Assistant United States Attorney*