# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:24-cr-00257-JPB-JSA
### USA v. Davis
### Honorable Justin S. Anand

Minute Sheet for proceedings held In Open Court on 12/18/2024.

TIME COURT COMMENCED: 9:28 A.M.
TIME COURT CONCLUDED: 9:50 A.M.
TIME IN COURT: 00:22
OFFICE LOCATION: Atlanta
TAPE NUMBER: Zoom
DEPUTY CLERK: Ololade Akintunde

| | |
|---|---|
| DEFENDANT(S): | [1]Dwayne Peterson Davis NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Douglas Gilfillan representing Dwayne Peterson Davis<br>John Phillips representing USA<br>** Kelly Connors representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | The Court held a pretrial conference via videoconference with counsel to discuss the status of discovery and pending motions. The Court directed the Government to respond to the Defendant's pending motions by February 18, 2025, and that the Defendant reply thereto by March 4, 2025. This extended briefing schedule was requested and necessitated in part because of a change in prosecution counsel, so that new counsel can familiarize herself with the voluminous evidence and be in a position to most productively respond to the pending motions. The Government will also have until February 18, 2025 to provide any Rule 16 expert disclosures, if any, and the Defendant will have until April 18, 2025 to make any Rule 16 expert disclosures, if any. The Court found that the interests of justice in allowing this continuance, through the completion of the briefing on the pending motions and expert disclosure deadlines, i.e., through April 18, 2025, outweigh the Defendant's and the public's rights to a speedy trial in the interim for purposes of Speedy Trial Act calculations. |