AO 442 (12/85) Warrant for Arrest

FB# 117055417

AUG 14 '24 AM 8:50 USMS NGA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

USMS: 30487-511

**UNITED STATES OF AMERICA,**

v.

**DWAYNE PETERSON DAVIS**

**WARRANT FOR ARREST**

**CASE NO. 1:24-CR-257** JPB

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **DWAYNE PETERSON DAVIS**

and bring him or her forthwith to the nearest magistrate to answer a(n)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 27 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**X** ☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice

Charging him or her with: wire fraud in violation of **Title 18 U.S.C.§ 1343 and Section 2**

KEVIN P. WEIMER
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

August 14, 2024  at  Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

75 Ted Turner Dr. Atlanta, GA

Date Received: 08-14-2024

Date of Arrest: 08-15-2024

SA William Cromer
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

v.

**DWAYNE PETERSON DAVIS**

**WARRANT FOR ARREST**

**CASE NO. 1:24-CR-257**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **DWAYNE PETERSON DAVIS**

and bring him or her forthwith to the nearest magistrate to answer a(n)

X ☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice

Charging him or her with: wire fraud in violation of **Title 18 U.S.C.§ 1343 and Section 2**

KEVIN P. WEIMER
Name of Issuing Officer

_James Yawn_ (signature)
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

August 14, 2024 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

75 Ted Turner Dr Atlanta, GA

Date Received: 8/14/24

Date of Arrest: 8/15/24

SA William Cromer, FBI
Name and Title of Arresting Officer

_(signature)_
Signature of Arresting Officer