IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Action No. |
| v. ) | 1:24-CR-257-JPB-JSA |
| ) | |
| DWAYNE PETERSON DAVIS ) | |

**UNOPPOSED MOTION TO TRAVEL INTERNATIONALLY**

Defendant Dewayne Peterson Davis, by and through counsel, respectfully files this Unopposed Motion to Travel Internationally, showing the Court as follows:

1. Mr. Davis made his initial appearance on August 15, 2024, and was released on an unsecured bond of $25,000. (Doc. 3, 5). Mr. Davis's conditions of release restrict his travel to the Northern District of Georgia and South Carolina (for business purposes only and without prior notice to his probation officer) unless the supervising probation officer has approved travel in advance. (Doc. 6).

2. During the bond hearing, counsel for Mr. Davis informed the Court that Mr. Davis had plans to accompany his children on their 2025 spring break trip to the Dominican Republic and asked that he be allowed to make that trip. In response, the Court stated that Mr. Davis would be permitted to go if he complied

1

with the conditions of his release. The Court allowed Mr. Davis to retain his passport.

3. Mr. Davis has faithfully and diligently complied with his conditions of release since making his initial appearance in this case.

4. Mr. Davis's trip with his children to the Dominican Republic is scheduled for February 28, 2025, to March 3, 2025, when he will return to Atlanta, Georgia. Mr. Davis's proposed itinerary (flights and hotel) has been provided to his supervising probation officer and can be provided to the Court as well. Mr. Davis will notify such officer of any changes that arise before or during travel and will report to or notify his supervising probation officer the day after his return travel, March 4, 2025, or provide some other documentation of his return (such as a return boarding pass or flight receipt) as she may prefer.

5. Both Mr. Davis and counsel have communicated about this travel with his supervising probation officer, who informed both that she has no objections to this travel.

6. Counsel has communicated with counsel for the Government, who informed counsel that the Government does not have any objections to the requested travel.

WHEREFORE, Defendant requests that the Court approve the requested travel. A proposed Order is attached.

2

Respectfully submitted this 19th day of February, 2025.

_____
Douglas W. Gilfillan
Georgia Bar No. 294713

Gilfillan Law LLC
One Atlantic Center
1201 West Peachtree Street, Suite 2300
Atlanta, Georgia 30309
Phone: (404) 795-5016
Email: doug@gilfillanlawllc.com

*Counsel for Dewayne Peterson Davis*

## LOCAL RULE 7.1D CERTIFICATE

The undersigned hereby certifies that the foregoing has been formatted in Times New Roman font, 14 point type, which complies with the font size and point requirements of Local Rule 5.1C.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 19th day of February, 2025.

*/s/ Douglas W. Gilfillan*
Douglas W. Gilfillan
