UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DWAYNE PETERSON DAVIS,<br><br>Defendant. | CRIMINAL ACTION NO.<br>1:24-CR-00257-JPB-JSA |

### ORDER

This case was certified ready for trial by United States Magistrate Judge Justin S. Anand on March 24, 2025 [Doc 24]. Defendant is **ORDERED** to notify the Court within fifteen days of today's date as to whether he will proceed to trial or enter a guilty plea. The Clerk is **DIRECTED** to submit this order at the end of the applicable time period or when a written response is filed, whichever is earlier.

It is further **ORDERED** that the time between the date of this order and when the Clerk resubmits this order for review shall be excluded from the Speedy Trial Act calculations. The Court finds that the delay is for good cause and the interests of justice outweigh the right of the public and the right of Defendant to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED** this 26th day of March, 2025.

J. P. BOULEE
United States District Judge