UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DWAYNE PETERSON DAVIS,<br><br>Defendant. | CRIMINAL ACTION NO.<br>1:24-CR-00257-JPB-JSA |

## **ORDER**

This matter was certified ready for trial by Magistrate Judge Justin S. Anand on March 24, 2025 [Doc. 24]. Defendant has informed the Court through counsel that he will proceed to trial. This case is therefore scheduled for a jury trial commencing on Monday, June 2, 2025, at 9:00 AM, in Courtroom 1908. A pretrial conference is scheduled for Tuesday, May 27, 2025, at 1:00 PM, in Courtroom 1908. Motions in limine and proposed voir dire shall be filed no later than two weeks before the pretrial conference, and responses to the motions in limine shall be filed no later than one week prior to the pretrial conference. Only one consolidated motion in limine shall be filed by each party, and the motion shall not exceed twenty-five pages. The response brief to the motion in limine shall also not exceed twenty-five pages.

The time from April 11, 2025, until June 2, 2025, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) to give the parties sufficient time to effectively prepare for trial. The Court finds that the ends of justice outweigh the best interests of the public and Defendant in a speedy trial.

A single, unified set of requests to charge and proposed verdict forms are required to be filed the day prior to the pretrial conference and e-mailed to the courtroom deputy clerk in Microsoft Word format. Where a proposed instruction is not agreed upon, the parties should indicate who is proposing the instruction and the legal bases both for the instruction and for the other party's opposition to the instruction. Counsel must use the Eleventh Circuit Pattern Jury Instructions, if applicable.

The parties should be prepared to provide the courtroom deputy clerk with three copies of their respective exhibit and witness lists at the start of trial for use by the Judge, court reporter and courtroom deputy clerk. Each party should also provide a courtesy copy of all exhibits in an appropriately labeled notebook on the first day of trial for the Judge. The parties are referred to Local Rule 16.4(B)(19)(b), NDGa, concerning exhibit labeling. The parties must provide a

courtesy copy of any documents e-filed just prior to trial or on any day during the trial.

Any training or trial runs regarding the courtroom technology must be scheduled in advance of trial via the courtroom deputy clerk. The Court will not allow time for training or trial runs at the beginning of the trial. Any motions requesting leave to bring technology into the courtroom must be filed no later than three days in advance of trial to allow time for proper notification to the U.S. Marshals Service.

**SO ORDERED** this 11th day of April, 2025.

J. P. BOULEE
United States District Judge