IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

DWAYNE PETERSON DAVIS

Criminal Action No.

1:24-CR-257-JPB-JSA

**NOTICE OF ENTRY OF APPEARANCE**

Assistant United States Attorney Samir Kaushal herein files notice of his appearance in this case, and respectfully requests that he be added as counsel of record for the United States.

Respectfully submitted,

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

/s/ SAMIR KAUSHAL
*Assistant United States Attorney*
Georgia Bar No. 935285
Samir.Kaushal@usdoj.gov
600 U.S. Courthouse
75 Ted Turner Drive S.W.
Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181