IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>DWAYNE PETERSON DAVIS | Criminal Action No.<br><br>1:24-CR-257-JPB-JSA |

**NOTICE OF ENTRY OF APPEARANCE**

Assistant United States Attorney Cathelynn Tio herein files notice of his appearance in this case, and respectfully requests that she be added as counsel of record for the United States.

Respectfully submitted,

RICHARD S. MOULTRIE, JR.
  *Acting United States Attorney*


 CATHELYNN TIO
   *Assistant United States Attorney*
Georgia Bar No. 814519
cathelynn.tio@usdoj.gov
600 U.S. Courthouse
75 Ted Turner Drive S.W.
Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

                                                            Defense Counsel

April 25, 2025

                                           /s/ CATHELYNN TIO
                                           CATHELYNN TIO
                                           *Assistant United States Attorney*