# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:24-cr-00257-JPB-JSA
### USA v. Davis
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 05/21/2025.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 10:50 A.M.
TIME IN COURT: 00:20
OFFICE LOCATION: Atlanta
COURT REPORTER: Penny Coudriet
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| DEFENDANT: | [1] Dwayne Peterson Davis Present at proceedings |
| ATTORNEYS PRESENT: | Douglas Gilfillan representing Dwayne Peterson Davis<br>Samir Kaushal representing USA<br>Cathelynn Tio representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MINUTE TEXT: | Defendant was sworn. The signatures were verified and the signed Guilty Plea and Plea Agreement was tendered to the Court. The Court advised Defendant of his rights. The government presented a statement with elements of the offense and evidence in the case and summarized the penalties of the offense. The Court found factual basis for acceptance of the plea, announced the findings and accepted and entered Defendant's plea of guilty to Count 3 of the Indictment. Defendant will remain on bond pending sentencing. The May 27 pretrial conference and June 2 jury trial are canceled. |
| HEARING STATUS: | Hearing Concluded |