| | |
|---|---|
| **From:** | Pete Davis <​█████████​> |
| **Sent:** | Tuesday, April 20, 2021 5:35 PM |
| **To:** | White, Hollis; Ingall, Seth |
| **Cc:** | Pete Davis |
| **Subject:** | Riverside Village |
| **Attachments:** | SKM_C250i21042017340.pdf |

**\*\*\* CAUTION**: EXTERNAL EMAIL. This email originated from outside the company. Do not open attachments or click on links from unknown or suspicious senders. Report suspicious emails using the Phish Alert Button **\*\*\***

Hollis/Seth,

Following up on our discussions, it seems like we are closing in on a deal with Greenstone today. As discussed last week, attached is the Capital Contribution and Consent Agreement GEICO will execute to fund the Capital Contribution for the loan. Also attached are wiring instructions for the Fund.

If there are questions about this or we need to discuss, please let me know. I am happy to jump on the phone and discuss.

Thanks,
Pete

Pete Davis
Founder/Managing Principal
Peachtree Investment Solutions
█████████

Atlanta, GA 30342

Office: █████████
Mobile: █████████

1

## PIS QOZ FUND 2018-A, LP

### CONSENT AND CAPITAL COMMITMENT AGREEMENT

Pete Davis
c/o PIZ QOZ, LP
███████████████████
Atlanta, Georgia 30342

    Re:   **PIS QOZ FUND 2018-A, LP**

Ladies and Gentlemen:

    Reference is made to the Amended and Restated Agreement of Limited Partnership ("Operating Agreement") of **PIS QOZ FUND 2018-A, LP** a Georgia limited partnership, dated November 27, 2018 (the "Operating Agreement") (the "Partnership"), between **GOVERNMENT EMPLOYEES INSURANCE COMPANY**, a Maryland corporation, as Limited Partner, and **PIS QOZ Fund 2018-A, LP**, a Georgia Limited Partnership, as General Partner. Terms defined in the Operating Agreement and used but not otherwise defined herein shall have the meanings given them in the Operating Agreement.

    The Limited Partner hereby grants its Consent to the investment in Partnership interests as a member in entities set forth on Exhibit 1 (the "Approved Operating Company"), and hereby promises and agrees to pay to the Partnership the sum of Five Million Nine Hundred and Ten Thousand and 00/100 Dollars ($5,910,000) as its Capital Contribution with respect to the Approved Operating Company, which amount shall be due and payable on demand pursuant to one or more Capital Calls made by the General Partner in its sole discretion as described herein. The General Partner may at any time or from time to time make a written demand (a "Capital Call") on the Limited Partner for all or any portion of its Capital Contribution with respect to the Approved Operating Company specifying (i) the Approved Operating Company to which the Capital Call relates, (ii) the date on which such amount shall be due (the "Due Date"), which Due Date shall be no earlier than five (5) business days after the date on which the General Partner makes the Capital Call, and (iii) representing that the Capital Call is required to make payments due or anticipated to become due within five (5) business days after the Due Date to the Approved Operating Company in accordance with the Operating Company Agreement of such Approved Operating Company or to make payments of fees and expenses due to the General Partner or its Affiliates with respect to the Approved Operating Company in accordance with the Operating Agreement, whereupon the undersigned shall pay to the Partnership such portion of its Capital Contribution with respect to the Approved Operating Company by the Due Date.

    This Consent and Capital Commitment Agreement shall be construed and enforced in accordance with the laws of the State of Georgia, without giving effect to any conflict of law principles or cases.

    This Consent and Capital Commitment Agreement is hereby executed this 20th day of April, 2021.

Exh. A-1

4818-6599-7932.3

**GOVERNMENT EMPLOYEES INSURANCE COMPANY**, a Maryland corporation

By: _____
Name: Hollis White
Title: Chief Financial Officer

Accepted and Agreed as of the date set forth above:

**PIS QOZ FUND 2018-A, LP**
a Georgia Limited Partnership

By:   PIS QOZ, LP, a Georgia Limited Partnership

By:   Peachtree Investment Solutions, its General Partner

By: _____
Name:  D. Pete Davis
Title:   Managing Principal

Exh. A-2

4818-6599-7932.3

## Exhibit 1

Estimated Payment Schedule

| Approved Operating Company | Amount Invested |
|---|---|
| Riverside Village B Owner, LLC | $5,910,000 |

## Wiring Instructions to UBS

Bank Name: UBS AG

ABA #: ████████

Address: ████████████

Account Name: UBS Financial Services Inc.

Account Number: ████████████

For Further Credit:

Account Title: PIS QOZ Fund 2018-A, LP

Account Number: ██████