# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:24-cr-00257-JPB-JSA
### USA v. Davis
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 08/19/2025.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 1:40 P.M.
TIME IN COURT: 2:45
OFFICE LOCATION: Atlanta

COURT REPORTER: Denise Stewart
USPO: Cathleen Yetzer
DEPUTY CLERK: Jennifer Lee

**DEFENDANT:** [1]Dwayne Peterson Davis Present at proceedings

**ATTORNEYS PRESENT:**
Douglas Gilfillan representing Dwayne Peterson Davis
Samir Kaushal representing USA
Cathelynn Tio representing USA
BJay Pak, Lynsey Barron

**PROCEEDING CATEGORY:** Sentencing Hearing(Sentencing Hearing Non-evidentiary);

**MINUTE TEXT:** The Court heard from counsel on the parties' objections to the PSR. The Court overruled Defendant's guideline objections and applied enhancements for receiving money from a financial institution and for abusing a position of trust. The Court overruled the government's factual objections to paragraphs 13-14 and 16 of the PSR and sustained Defendant's factual objections to paragraphs 39-63 and 121-138 of the PSR. The Court heard from Mr. Pak and Ms. Barron as to their clients' requests to be considered victims under the Crime Victims' Rights Act and denied the request. However, pursuant to 18 U.S.C. Section 3661 and without objection from the parties, the Court admitted letters from Mr. Pak and Ms. Barron, including statements from their respective clients, as Court's Exhibits 1-2. The Court then adopted the findings of fact and conclusions of law in the PSR as to which no objections were raised. The Court presented guideline calculations. There were no additional objections. The Court presented sentencing options and heard argument from counsel regarding a reasonable sentence. Defendant gave allocution. 18 U.S.C. Section 3553(a) factors considered. The Court sentenced Defendant to 29 MONTHS CUSTODY and 3 YEARS of Supervised Release as to Count 3, with the first 12 months of supervised to be spent in home confinement, $100 special assessment, $3,316,111.91 restitution, fine waived. There were no objections to the sentence. Appeal rights read. The Court found Defendant would not owe costs of incarceration. Defendant shall voluntarily surrender no sooner than November 19, 2025.

**HEARING STATUS:** Hearing Concluded

**EXHIBIT STATUS:** Exhibits retained by the Court to be forwarded to the Clerk's Office.