UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DWAYNE PETERSON DAVIS,<br><br>Defendant. | CRIMINAL ACTION NO.<br>1:24-CR-00257-JPB |

## ORDER

This matter is before the Court on Defendant's Motion for Extension of Time to Voluntary Surrender [Doc. 52]. In the Motion, Defendant requests an extension of time for his voluntary surrender so that he can complete transactions and contribute to his restitution payment, wind up several partnerships and fulfill his financial disclosure obligations. Id. The government does not oppose the request. For good cause shown, the Motion [Doc. 52] is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant's voluntary surrender is postponed until no sooner than March 30, 2026.

**SO ORDERED** this 13th day of November, 2025.

_____
J. P. BOULEE
United States District Judge