IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA     )

    )      Criminal Action No.

*v.*    )      1:24-CR-257-JPB-JSA

    )

DWAYNE PETERSON DAVIS     )

**MOTION FOR EXTENSION OF TIME
TO VOLUNTARILY SURRENDER**

**EXHIBIT A**

Tuesday, March 24, 2026 at 5:39:10 PM Eastern Daylight Time



**From:** Pete Davis
**Sent:** Monday, January 12, 2026 10:28 AM
**To:**
**Subject:** RE: I am a developer out of Greenville...

Chris,
That sounds great. Just let me know what you have in mind and I will get together the items needed on my side.

Thanks,
Pete

**From:**
**Sent:** Monday, January 12, 2026 9:05 AM
**To:** Pete Davis <pete@peachtreeinv.com>
**Subject:** Re: I am a developer out of Greenville...

Pete, well sorry this drug out, but finally got what I needed from the Engineer. I am prepared to set a closing date! for the Cemetery/Tumeric site...



On Mon, Jul 21, 2025 at 5:13 PM Hill,  rote:

Good afternoon Philip. Just checking in on progress on the Cemetery Road Project. I just want to keep the seller in the loop. Thanks in advance.



On Wed, Jun 11, 2025 at 5:00 PM  wrote:

Chris,

Thanks for sending the proposal back, I have started on the Cemetery Road project. Please see

1 of 5

alternative layout tying into Rhoden St. I think we could make both connections if you desired. The lots as shown are 50' x 150' with 120' depth buildable. We are working on the surveying portion, but I wanted to get started with nailing down the layout. Please let me know what lot sizes you are looking for and your thoughts on the layout.

Thanks,



**From:**
**Se**
**To:**
**Su**

Philip, please find attached the signed Short Form, and I signed the Tumeric proposal. Lets start with that one, I need to work thru a few details before I cut you loose on Piney Heights. I may have some general needs on Piney Heights as it relates to the water and sewer that I would pay you for your time.

I look forward to working with you!



On Mon, May 12, 2025 at 10:00 AM  wrote:

> Chris,
>
> Please see attached Contract and Cost proposals for the sites we discussed. We appreciate the opportunity to provide the proposals and look forward to working with you on these projects.
>
> If you have any questions, please let me know.

Thanks,





**From**
**Se**
**To:**
**Su**

Good afternoon Philp.. Just checking in.  After our call a while back, I think you were going to send me a proposal for survey and topo work on the two parcels attached. Just staying on top!!  And maybe share some thoughts on possible layouts.. Thanks in advance and have a great weekend..



On Fri, May 2, 2025 at 9:07 AM Hill,  rote:

   2nd parcel



On Fri, May 2, 2025 at 9:00 AM Hill,  wrote:

   which number?



On Thu, May 1, 2025 at 1:31 PM  wrote:

> Chris,
>
> Are you available tomorrow morning around 9?
>
>
>
> **From** [redacted]
> **Sent:** [redacted]  ,  ,  :
> **To:** [redacted]
> **Cc:** [redacted]
> **Subject:** Re: I am a developer out of   reenville...
>
> Hey Philip, lets get a call on the calendar to discuss this site and some others.  I can pretty much make anything work, so you let me know what works for you.
>
>
>
> On Tue, Apr 15, 2025 at 3:00 P  wrote:
>
>> Chris,
>>
>> Thank you for reaching out. My partner did the layout that you forwarded to me and I have discussed briefly with him. There are some grading challenges on the property and there is some off-site extension to reach sanitary sewer. There was also another layout that tied to Rhoden St/Dixie Cr. I would be glad to discuss this and any other sites you may be looking at in the area. Let me know if you want to talk this week. I am pretty open tomorrow or Thursday.

I cc'ed my email for use instead of the generic box.

Thanks,

Philip



**From:**
**Sent:** on a     r                        :
**To:**
**Subject:** I am a developer out of    reenville...

I have several sites under contract that I want to get an engineer to look at and give me some feedback.  One of the sites had a site plan that was shared with me, and your firm name was on it.  I wanted to see if you are interested in looking at it again and discussing the site.  I walked it and felt the topo was pretty extreme.  But maybe grading is not quite as hard in your sandy soils vs our red clay in the upstate!!  Attached is the plan.  Have several others to discuss.

 Thanks in advance.

