IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA    )
                                   )      Criminal Action No.
*v.*                            )      1:24-CR-257-JPB-JSA
                                   )
DWAYNE PETERSON DAVIS    )

**MOTION FOR EXTENSION OF TIME
TO VOLUNTARILY SURRENDER**

**EXHIBIT C**







