IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. |
| v. | ) | 1:24-CR-257-JPB-JSA |
| | ) | |
| DWAYNE PETERSON DAVIS | ) | |

## MOTION FOR EXTENSION OF TIME
## TO VOLUNTARILY SURRENDER

**EXHIBIT D**

Wednesday, March 25, 2026 at 1:00:35 PM Eastern Daylight Time



Begin forwarded message:

**From:**
**Date:** March 25, 2026 at 12:07:31 PM EDT
**To:** Pete Davis <pete@peachtreeinv.com>,
**Cc:**
**Subject: Re: Vaucluse**

I'll work on the contract and circulate a draft by the end of the week. Thanks!

**From:** Pete Davis <pete@peachtreeinv.com>
**Sent:** Wednesday, March 25, 2026 10:54 AM
**To:**
**Subject:** Re: Vaucluse

Sure. Seller information is: Graniteville Holdings, LLC. Post Office Box 53, Graniteville, SC 29829.
Sent from my iPhone

> On Mar 25, 2026, at 10:45 AM,
wrote:
>
>
> Hello
>



Tuesda   March 24  2026 at 5:42:20 PM Eastern Da  li  ht Time

-----Original Message-----
From: ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
Sent: Monday, February 16, 2026 1:51 PM
To: Pete Davis <pete@peachtreeinv.com>; ⬚⬚⬚⬚⬚⬚⬚
Subject: parking lot

Hello Pete,

Can you fill out this questionnaire as part of the phase 1 that we are conducting on the parking lot that we are purchasing from you.

Please send the filled out form to ⬚⬚⬚⬚⬚ copied above.

Best regards,

⬚⬚⬚⬚⬚

> Can you provide the purchase and sale document for the parking lot that we are
purchasing from Pete Davis (copied above)?
>
> We received a clean phase 1 and are not planning to include in the existing VCC.
>
> Pete, can you provide the seller information to Chris?



## QUESTIONNAIRE FOR PROPERTY OWNER and SITE MANAGER

**Project Location/Address:**

**Parking Lot (Aiken County Parcel ID 067-00-37-001)**

**Senn Street**

**Aiken, South Carolina**

|  | Yes | No |
| --- | --- | --- |
| Do you know of any pending, threatened, or past litigation or administrative proceedings relevant to hazardous substances or petroleum products in, on, or from the property? | ☐ | ☐ |

|  | Yes | No |
| --- | --- | --- |
| Do you know of any notices from any governmental entity regarding any possible violation of environmental laws or possible liability relating to hazardous substances or petroleum products? | ☐ | ☐ |

Are you aware if any of the documents listed below exists and if so, whether copies can and will be provided to the Consultant performing the ESA?

|  | Unaware | Document Exists | Copy will be provided |
| --- | --- | --- | --- |
| Environmental site assessment reports | ☐ | ☐ | ☐ |
| Environmental compliance audit reports | ☐ | ☐ | ☐ |
| Environmental permits (such as solid waste disposal permits, hazardous waste disposal permits, NPDES permits, wastewater permits, underground injection permits) | ☐ | ☐ | ☐ |
| Registrations for underground and aboveground storage tanks | ☐ | ☐ | ☐ |
| Material safety data sheets | ☐ | ☐ | ☐ |
| Community-right-to-know plan | ☐ | ☐ | ☐ |
| Safety plans; preparedness and prevention plans; spill prevention, countermeasure and control plans, etc. | ☐ | ☐ | ☐ |
| Reports regarding hydrogeologic conditions on the property or surrounding area | ☐ | ☐ | ☐ |
| Notices or other correspondence from any governmental agency relating to past or current violations of environmental laws with respect to the property or relating to environmental liens encumbering the property | ☐ | ☐ | ☐ |

*Questionnaire for Property Owner / Manager*
*Parking Lot (Aiken County Parcel ID 067-00-37-001)*
*Senn Street*
*Aiken, South Carolina*

| | Unaware | Document Exists | Copy will be provided |
|---|---|---|---|
| Hazardous waste generator notices or reports | ☐ | ☐ | ☐ |
| Geotechnical studies | ☐ | ☐ | ☐ |
| Risk Assessments | ☐ | ☐ | ☐ |
| Environmental Cleanup Reports | ☐ | ☐ | ☐ |

## Other

Are you aware of any environmental cleanup liens against the property that are filed or recorded under federal, tribal, state or local law? *If so, please explain.*

Yes ☐  No ☐

Are you aware of any Activity/Use Limitations (AULs), such as engineering controls, land use restrictions or institutional controls that are in place at the site and/or have been filed or recorded in a registry under federal, tribal, state or local law? *If so, please explain.*

Yes ☐  No ☐

Are you aware of any environmental conditions that would indicate that the property is or has been contaminated (i.e. past uses, chemical spills, chemical or fuel storage)? *If so, please explain.*

Yes ☐  No ☐

Is the property used, or has the property been used, for an industrial use? *If so, please explain.*

Yes ☐  No ☐  Unk ☐

Has the property or any adjoining property been used as a gasoline station, motor repair facility, drycleaners, photo-developing laboratory, junkyard or landfill, or as a waste treatment, storage, disposal processing or recycling facility? *If so, please explain.*

Yes ☐  No ☐  Unk ☐

Has there been significant chemical storage on the property (i.e. 55 gallon drums, chemical tanks, other containers)? *If so, please explain.*

Yes ☐  No ☐  Unk ☐

Have there been any damaged or discarded automotive or industrial batteries, or pesticides, paints or other chemicals in individual containers of greater than five gallon in volume or fifty gallons in the aggregate, stored on or used at the property or at the facility? *If so, please explain.*

Yes ☐  No ☐  Unk ☐

ARM

*Questionnaire for Property Owner / Manager*
*Parking Lot (Aiken County Parcel ID 067-00-37-001)*
*Senn Street*
*Aiken, South Carolina*

| | Yes | No | Unk |
|---|---|---|---|
| Have there been any pits, ponds, or lagoons on the property in connection with waste treatment or disposal? *If so, please explain.* | ☐ | ☐ | ☐ |
| Have there been any registered or unregistered storage tanks (above or underground) located on the property (i.e. for fuel or chemical storage)? *If so, please explain.* | ☐ | ☐ | ☐ |
| If the Property is served by a private well or non-public water system have contaminants been identified in the well or system that exceed guidelines applicable to the water system, or has the well been designated as contaminated by any government environmental/health agency? *If so, please explain.* | ☐ | ☐ | ☐ |
| Does the Property discharge wastewater on or adjacent to the Property other than storm water or into a sanitary sewer system? *If so, please explain.* | ☐ | ☐ | ☐ |
| Have any hazardous substances or petroleum products, unidentified waste materials, tires, automotive or industrial batteries, or any other waste materials been dumped above grade, buried and/or burned on the Property? *If so, please explain.* | ☐ | ☐ | ☐ |
| Is there a transformer, capacitor or hydraulic equipment for which there are any records indicating the presence of polychlorinated biphenyls (PCBs)? *If so, please explain.* | ☐ | ☐ | ☐ |
| Are there any septic tanks or wells on-site? *If so, please explain.* | ☐ | ☐ | ☐ |

How long have you owned, occupied, or been associated with the property?

What are the current uses of the property?

What was the site used for prior to its current use?



*Questionnaire for Property Owner / Manager*
*Parking Lot (Aiken County Parcel ID 067-00-37-001)*
*Senn Street*
*Aiken, South Carolina*

Who provides?:

   Electricity_____         Natural Gas _____

   Water _____           Sewer _____

Do you have contact information for the prior owner(s) of the property?   **Yes** ☐ **No** ☐
If yes, please provide information below:

Prior Owner's Name _____

Contact person _____

Address_____

_____

Telephone _____

Do you have contact information for the prior occupant(s) of the property?  **Yes** ☐ **No**☐
If yes, please provide information below:

Prior Occupant's Name_____

Contact person _____

Address _____

_____

Telephone _____

Do you have information on the prior facility manager(s) of the property? **Yes** ☐ **No** ☐
If yes, please provide information below:

Prior Facility Manager's Name _____

Contact person _____

Address _____

_____

*Page 4*                                  A·R·M

*Questionnaire for Property Owner / Manager*
*Parking Lot (Aiken County Parcel ID 067-00-37-001)*
*Senn Street*
<u>*Aiken, South Carolina*</u>

Telephone _____

## This form was completed by:

Property Owner ☐         Key Site Manager ☐         User ☐

Name: _____

Company: _____

Address: _____

_____

Signature: _____ Date: _____

