IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. |
| v. | ) | 1:24-CR-257-JPB-JSA |
| | ) | |
| DWAYNE PETERSON DAVIS | ) | |

**MOTION FOR EXTENSION OF TIME
TO VOLUNTARILY SURRENDER**

**EXHIBIT E**

dotloop signature verification: dtlp.us/Fh2Y-rvBt-O75G
Docusign Envelope ID: 95EA9BE4-51CD-4612-BE19-F780CA22C754



### AGREEMENT/CONTRACT: TO BUY AND SELL REAL ESTATE
### (LOTS/ACREAGE)

#### This Form can also be used for a Boat Slip or similar transaction.

**PARTIES ARE SOLELY RESPONSIBLE FOR OBTAINING LEGAL ADVICE PRIOR TO SIGNING THIS CONTRACT AND DURING THE TRANSACTION. REAL ESTATE LICENSEES RECOMMEND OBTAINING LEGAL COUNSEL.**

1. **PARTIES:** This legally binding Agreement ("Contract") To Buy and Sell Real Estate is entered into by:

Buyer(s), ▨▨▨▨▨▨▨

("Buyer"), and

Seller(s), Graniteville Holdings

("Seller").

(A) "Party" - defined as either Buyer or Seller, "Parties" defined as both Buyer and Seller.
(B) "Brokers" are licensed South Carolina brokers-in-charge, their associated real estate licensees, and their subagents.
(C) "Closing Attorney" - is the licensed South Carolina attorney selected by Buyer to coordinate the transaction and Closing.
Fountain Law Firm                                                                                                              ,
(D) "Effective Date" - the final date upon which a Party to the negotiation places the final and required signatures and/or initials and date on this Contract and Delivers Notice to initially cause this primary Contract to be binding on all Parties.
(E) "Good Funds" - is the transfer of the required amount of United States Dollars (USD) within any required timeframe.
(F) "Time" - all time stated shall be South Carolina local time. **Time is of the essence with respect to all provisions of this Contract stipulating time, deadline, or performance periods.**

#### ☐ BUYER ☐ SELLER IS A SOUTH CAROLINA REAL ESTATE LICENSEE

*BL*
*mn.lns*

**(initials) BUYER(s) acknowledge receipt of the SC Disclosure of Brokerage Relationships form and is receiving ☑ Client ☐ Customer service in this transaction.**

**(initials) SELLER(s) acknowledge receipt of the SC Disclosure of Brokerage Relationships form and is receiving ☒ Client ☐ Customer service in this transaction.**

2. **PURCHASE PRICE:** $49000.00                                    _forty-nine thousand

Payable by transfer of Good Funds via ☐ Finance or ☐ a combination of Finance and Cash USD or ☑ Cash USD. Verification of Cash available for Closing is ☐ attached ☑ not attached ☐ to be Delivered before_                          . This Contract ☐ is ☐ is not contingent upon the sale and closing of Buyer's real property and SCR504 ☐ is ☐ is not attached.

3. **PROPERTY:** Hereby acknowledging sufficient good Contract consideration (e.g. mutual promises herein), Seller will sell and convey and Buyer will buy for the Purchase Price any and all lot or parcel of land, appurtenant interests, improvements, landscape, systems, and fixtures if any thereon and further described below ("Property"). Seller agrees to maintain in operable condition the Property and any personal property conveying, including any landscaping, grounds and any agreed upon repairs or replacements, from the Effective Date through Closing subject to normal operable wear and tear. Buyer acknowledges opportunity to inquire about owners association issues, common area issues, condominium master deed issues, assigned parking/storage areas, memberships, lease issues and financed equipment prior to signing Contract. Leasing issues and items and financed equipment see Adjustments (e.g. tenants, leases, future vacation renters, SC vacation rental act reservations, rents, deposits, documents, solar panels, fuel tanks with fuel, alarm systems, satellite equipment, roll carts).

Address 7 Lots                    Hester Street                                    Unit #
City Graniteville                                                                  State of South Carolina
Zip 29829                      County of Aiken
Lot          Block          Section/Phase          Subdivision
Other                                                                          Tax Map
Parties agree that no personal property will transfer as part of this sale, except described below and/or ☐ in attachment(s):

Parcel numbers 06819011001-6 & 0681511002

[  *BL* *02/11/26*  ] BUYER [          ] BUYER [  ☞  | SELLER [          | SELLER
[                   ] BUYER [          ] BUYER [       | SELLER [         | SELLER

dotloop signature verification: dtlp.us/FH2Y-YVbC-O75G
Docusign Envelope ID: 95EA9BE4-51CD-4612-BE19-F780CA22C754

4/13/2026

4. **CONVEYANCE/CLOSING/POSSESSION:** "Closing" occurs when Seller conveys Property to Buyer and occurs no later than 5 PM on or before _____04/01/2026_____ ~~01/21/2026~~ _____ ("Closing Date"). Conveyance shall be fee simple made subject to all easements, reservations, rights of way, restrictive covenants of record (provided they do not make the title unmarketable or adversely affect the use/value of the Property in a material way) and to all government statutes, ordinances, rules, permits, and regulations. Seller agrees to convey marketable title with a properly recorded general warranty deed free of encumbrances and liens except as herein stated; and in name(s): Valinn Properties LLC _____

and ownership type determined by Buyer. The deed shall be delivered to the Closing Attorney's designated place on or before the Closing Date no later than 10 AM. Seller agrees to pay all statutory deed recording fees. Parties agree the Brokers shall have access to the closing and relevant documents; and the Brokers shall be given copies of the settlement statement prior to Closing for review. Parties agree to hire/use licensed Attorney(s). Seller shall convey possession of a vacant Property, along with all keys, codes, any remote controls, available documents (e.g. manuals, equipment warranties, service information) and similar ownership items to Buyer at Closing. Seller will remove all man-made items from the Property unless otherwise agreed upon in writing by the Parties.

5. **EARNEST MONEY: Total $** 1000.00 _____ **(USD) Earnest Money is paid as follows:**
   $0 _____ accompanies this offer and $1000.00 _____ will be paid by 6 P.M. on _____02/18/2026_____
   (date) and Earnest Money is in the form of ☐ check ☐ cash ☐ other (e.g. wire) _____ to be a
   Credit to Buyer at Closing or disbursed only as Parties agree in writing or by court order or by Contract or as required for Closing by Closing Attorney. Buyer and seller authorize Fountain Law Firm _____ as Escrow
   Agent to deposit and hold and disburse earnest money according to the terms of any separate escrow agreement, the law, and any regulations. Broker does not guarantee payment of a check or checks accepted as earnest money. Parties direct escrow agent to communicate reasonable information confirming receipt and status of earnest money upon a Broker request. If Earnest Money is not delivered by the agreed upon date above Seller may terminate the contract by delivering Notice of Termination to the Buyer.

**EARNEST MONEY IF BEING HELD BY REAL ESTATE BROKERAGE FIRM:**

**THE PARTIES UNDERSTAND AND AGREE THAT UNDER ALL CIRCUMSTANCES INCLUDING DEFAULT, EITHER BROKER IF ALSO SERVING AS ESCROW AGENT WILL NOT DISBURSE EARNEST MONEY DEPOSIT TO EITHER PARTY UNTIL BOTH PARTIES HAVE EXECUTED AN AGREEMENT AUTHORIZING THE DISBURSEMENT (SCR Form 517 or 518), MEDIATION AGREEMENT OR UNTIL A COURT OF COMPETENT JURISDICTION HAS DIRECTED A DISBURSEMENT. EARNEST MONEY WILL NOT BE DISBURSED UNTIL DETERMINED TO BE GOOD FUNDS. IF LEGAL ACTIONS OCCUR RELATED TO EARNEST MONEY, PARTY RECEIVING THE LEAST AMOUNT OF EARNEST MONEY IN THE COURT'S DISBURSEMENT ORDER AGREES TO INDEMNIFY ESCROW AGENT'S FEES, COURT COSTS AND ATTORNEY FEES. IF INTERPLEADER IS TO BE UTILIZED, PARTIES AGREE THAT $_____ SHALL BE PAID TO THE BROKER ESCROW AGENT BY THE PARTIES AS COMPENSATION BEFORE ESCROW AGENT INITIATES COURT OF COMPETENT JURISDICTION PROCEEDINGS ON EARNEST MONEY.**

**EARNEST MONEY IF BEING HELD BY LAW FIRM:**

**IF PARTIES AGREE TO A LAW FIRM SERVING AS ESCROW AGENT THEN EARNEST MONEY DEPOSIT CAN BE DISBURSED IN ACCORDANCE TO AN ESCROW AGREEMENT (SCR Form 517 or 518) OR A FORM DRAFTED BY THE LAW FIRM AND SIGNED BY BOTH BUYER AND SELLER. BROKERS WILL BE PROVIDED A COPY OF THE SIGNED AGREEMENT FOR THEIR FILE. ANY FEES CHARGED BY THE LAW FIRM IN SETTLING AN EARNEST MONEY DISPUTE WILL BE INCLUDED IN THE ESCROW AGREEMENT SIGNED BY THE PARTIES.**

6. **TRANSACTION COSTS:**
   **(A) TRANSACTION COSTS**
   Unless otherwise agreed upon in writing, Buyer will pay Buyer's transaction costs and Seller pay Seller's transaction costs.

   1) Buyer's transaction costs include all costs and closing costs resulting from selected financing, pre-paid recurring items, insurance (including but not limited to mortgage insurance, title insurance lender/owner, flood, insurance, and hazard insurance) discount points, interest, non-recurring closing costs, title exam, FHA/VA allowable costs, fees and expenses of Buyer's attorney, contractually required real estate broker compensation(the amount of compensation the Buyer owes their Broker), and the cost of any inspector, appraiser, or surveyor.

   2) Seller's transaction costs include deed preparation, deed recording costs, deed stamps/tax/recording costs calculated based on the value of the Property, all costs necessary to deliver marketable title and payoffs, satisfactions of mortgages/liens and recording, property taxes prorated at Closing, contractually required real estate broker compensation (the amount of compensation the Seller owes their Broker), and fees and expenses of Seller's attorney.

   ~~3) The following costs in addition to the costs above will be the considered ☑ Seller's or ☐ Buyer's transaction~~

| BUYER | BUYER | SELLER | SELLER |
|-------|-------|--------|--------|
| BUYER | BUYER | SELLER | SELLER |

HAVE READ THIS PAGE

© 2025 South Carolina Association of REALTORS®. 06/25

03/05/26
1:15 PM EST
dotloop verified

dotloop signature verification: dtlp.us/H2H-ry8L-0Y8G
Docusign Envelope ID: 95EA9BE4-51CD-4612-BE19-F780CA22C754

~~costs. If no box is checked these costs will be added to Seller's transaction costs.~~

~~a) All costs to obtain information from or pertaining to owners' association (e.g. printing or document fees charged to requesting party by the HOA)~~
~~b) Private and/or Public Transfer Fees~~
~~c) Any costs similar to transfer fees (e.g. certificate of assessment, capital contributions, working capital estoppel fees or otherwise named but similar fees)~~

4) At Closing, Seller will pay Buyer's transaction costs not to exceed $0.00 _____, which includes non-allowable costs first and then allowable costs (FHA/VA). This amount should not include any funds that have been negotiated between the Brokers of the Seller and the Buyer Broker in a separate Compensation Agreement.

**Option A:** [____] (Buyer Initials) [____] (Seller Initials) Seller agrees to allow up to $_____ of Buyer's transaction costs paid by Seller to go towards Buyer Broker Compensation (see number 1 above). This concession cannot go solely to pay brokerage compensation if the concession was advertised on the Multiple Listing Service.

**Option B:** [____] (Buyer Initials) [____] (Seller Initials) Seller does not allow any of the amount agreed to in Paragraph 6 Section 4 above to go towards Buyer Broker Compensation (see number 1 above)

Buyer is responsible for any Buyer's transaction costs exceeding this amount. If the amount exceeds the actual amount of those costs or amount allowed by Lender, then any excess funds will revert to Seller. If no Closing, Buyer is responsible for Buyer's transaction costs and Seller responsible for Seller's transaction costs.

~~HOA dues and assessments are not considered transactions costs and are addressed by the closing attorney as needed per paragraph 28. A transfer fee is a nonrecurring fee that is being assessed solely because of a transfer in property ownership.~~

~~(B) HOA Assessments (Special, Nonrecurring, Unexpected, Non-Budgeted, Etc.)~~

~~This does not apply to HOA Dues or Membership Fees. Select only one of the Following Options~~

~~☑ Option 1: Special assessments approved prior to Closing shall be the responsibility of the Seller. Special Assessments approved after Closing shall be the responsibility of the Buyer. Any remainder of the balance due on a Special Assessment approved prior to closing will be paid in full by the Seller at Closing.~~

~~☐ Option 2: Seller shall be responsible for the portion of any Special Assessments approved prior to Closing that are due in the calendar year of Closing. Any remaining Special Assessment payments in subsequent years are the responsibility of the Buyer. Parties direct Closing Attorney to make the appropriate adjustments per Paragraph 28 of this agreement. Special Assessments approved after Closing shall be the responsibility of the Buyer.~~

7. **FINANCE:** Buyer's obligation under this Contract ☐ is ☑ is not contingent upon obtaining financing of a ☐ 30 year or ☐ 15 year or ☐ other _____ purchase money loan at reasonable prevailing market terms with loan(s) equal in amount to a maximum _____ % of the Purchase Price or Appraised Value whichever is lower. ("Financing Contingency"). Financing Contingency expires at Closing ("Financing Period"). Buyer must make timely good faith efforts to apply for and obtain financing while refraining from contrary actions ("Financing Effort"). In a timely manner, Buyer shall inform Seller and Brokers of pertinent financing issues and authorize Buyer's Lender to disclose pertinent loan information to Seller and Brokers ("Financing Disclosure"). Buyer shall apply for financing by _____ (date) and shall Deliver Notice to Seller of reasonable pre-final loan approval (e.g. pre-approval letter, initial approval letter) that contains no unreasonable credit, income, or asset conditions by _____ (date) (no repairs required prior to this Notice). Final loan approval occurs when Lender funds loan(s). If Buyer changes their Lender during the Financing Period, they must notify the seller in writing within _____ calendar days. Absent written approval by the Seller, Buyer cannot change their lender if the Closing Date agreed upon in Paragraph 4 will change as a direct result. If a Lender subsequently declines or fails to approve financing, the Buyer shall notify the Seller and Brokers as soon as possible. If the Seller and Brokers are notified of inability to obtain financing during the Financing Period, either Party may terminate this Contract by Notice. Lender (may change): _____
   ☐ FHA ☐ VA ☐ Conventional ☐ Seller ☐ Other _____
   An FHA VA Financing Addendum ☐ is ☐ is not attached. Additional financing terms ☐ are ☐ are not attached.

8. **INSPECTION/REINSPECTION RIGHTS:** Buyer and SC licensed and insured inspectors ("Inspectors") reasonably perform any reasonable ultimately non-destructive examination and make reasonable record of the Property with reasonable Notice to Seller through Closing including investigations of off-site conditions and any issues related to the Property at Buyer Expense ("Inspections"). Buyer and persons they choose may make reasonable visual observations of Property.

   **Sellers will make the Property accessible for Inspection and not unreasonably withhold access, unless otherwise agreed in writing by the Parties. Seller will grant the Buyer the right to perform a final walkthrough inspection of the property within 48 hours prior to the closing date. Seller will keep all utilities operational through Closing unless otherwise agreed:**

[____] BUYER [____] BUYER [____] SELLER [____] SELLER
[____] BUYER [____] BUYER [____] SELLER [____] SELLER

HAVE READ THIS PAGE    © 2025 South Carolina Association of REALTORS®. 06/25

FORM 330 PAGE 3

dotloop signature verification: dtlp.us/FH2Y-ryBc-O79G
Docusign Envelope ID: 95EA9BE4-51CD-4612-BE19-F780CA22C754

☐ **Seller grants Buyer permission to connect utilities, pay for utilities, and hire professionals (e.g. electricians, plumbers) to safely connect and operate the utilities during the Inspections**
**Other** _____ ☐ **see attached.**

Buyer will hold harmless, indemnify, pay damages and attorneys fees to Seller and Brokers for all claims, injuries, and damages arising out of the exercise of these rights. Seller will hold harmless, indemnify, pay damages and attorneys fees to Brokers for all claims, injuries, and damages arising out of the exercise of these rights. Brokers recommend that Parties obtain all inspections as soon as possible. Brokers recommend that Parties and Inspectors use insurance to manage risk.

9. **APPRAISED VALUE:**

☑ ~~This Contract is contingent upon the Property being valued according to the Lender's appraisal or other appraisal as agreed upon by the Parties ("Appraised Value") for the Purchase Price or higher. If the Parties are made aware that the Appraised Value is less than the Purchase Price and the Seller Delivers Notice to the Buyer within five Calendar Days or Closing (whichever earliest) of an amendment to reduce the Purchase Price to the Appraised Value, the Parties agree to proceed to Closing under terms of this Contract with the Purchase Price amended to be the Appraised Value. If Seller is aware and refuses to reduce as stated above, Buyer may proceed to Closing or terminate this Contract by Delivering Notice of Termination to the Seller.~~

🗵 This Contract is **not** contingent upon the Property being valued at an Appraised Value according to the Lender's appraisal or other appraisal as agreed upon by the Parties for the Purchase Price or more.

10. **SURVEY, TITLE EXAMINATION, ELEVATION, INSURANCE:** Brokers recommend Buyer have Property surveyed, title examined, elevation/wetlands/beachfront determined, and appropriate insurance (e.g. flood, flood contents, hazard, liability, owner's title) effective at Closing. Unless otherwise agreed upon in writing by Parties, Buyer to obtain new insurance policies by Closing and Seller may cancel existing insurance after Closing. Flood Insurance, if required by Lender or at Buyer's option, shall be assigned to Buyer with permission of carrier and premium prorated to Closing. Buyers are solely responsible to investigate pricing, availability, coverage, and requirements of insurance (e.g. flood, flood contents, hazard, liability) for the property prior to signing Contract.

11. **SURVIVAL:** If any provision herein contained which by its nature or effect is required to be observed, kept, or performed after Closing, it will survive the Closing and remain binding upon for the parties hereto until fully observed, kept or performed.

12. **DUE DILIGENCE:**

03/23/2026

The DUE DILIGENCE PERIOD begins upon the Effective Date and shall expire at 6 P.M. on _03/15/2026_ ~~03/31/2026~~    (date) ("Due Diligence Deadline"). Any extension to this date must be made in writing and agreed to by both Parties.

During the Due Diligence Period the Buyer may conduct any and all inspections that they wish and may timely terminate for any reason or no reason at all.

**TERMINATION FEE: SHOULD THE BUYER TERMINATE DURING THE DUE DILIGENCE PERIOD FOR DUE DILIGENCE REASONS THEY WILL PAY A TERMINATION FEE OF $**0.00_____ .

Should the Buyer terminate under a different contractual contingency (Financing, Appraisal, CL-100, Sale of Buyer Property, etc.) the Termination Fee will not be owed. A Termination Fee is only owed if the Buyer terminates during the Due Diligence Period for Due Diligence Reasons.

By the end of the Due Diligence Period the Buyer must either:

1) Accept the Property as AS-IS; or
2) Negotiate for Repairs using SCR Form 525 and having both Buyer and Seller agreeing to the terms of the Repair Request Prior to Due Diligence Deadline or
3) Parties agree to other remedies via attorney drafted and approved verbiage in Form 390; or
4) Terminate By Delivering Notice using SCR Form 313 and the Termination Fee of to the Seller's Notice Address by the Due Diligence Deadline.

Failure of the Buyer to do Options 2, 3, or 4 above by the Due Diligence Deadline will result in an AS-IS contract in regards to repairs. Parties agree "AS IS" means Buyer buys the Property for the Purchase Price while Seller maintains the Property from the Effective Date through Closing subject to normal wear otherwise without repair or replacement and sells the Property for the Purchase Price unless otherwise agreed in writing by the Parties in this Contract.

13. **FIRE OR CASUALTY OR INJURY:** In case the Property is damaged wholly or partially by fire or other casualty prior to Closing, Parties will have the right for fourteen (14) Calendar Days after Notice of damage to Deliver Notice of Termination to other Party. If Party does not Deliver Notice of Termination, the Parties proceed according to the Contract and Seller is to be responsible to (1) repair all damage, (2) remit to Buyer an amount for repairs, or (3) assign to Buyer the right to all proceeds of insurance and remit any deductible amount applicable to such casualty. If Buyer or Inspections caused the damage, Buyer is responsible for



| ☐ BUYER | ☐ BUYER | ☐ SELLER | ☐ SELLER |
| ☐ BUYER | ☐ BUYER | ☐ SELLER | ☐ SELLER |

HAVE READ THIS PAGE    © 2025 South Carolina Association of REALTORS®. 06/25

FORM 330 PAGE 4

dotloop signature verification: dtlp.us/Fh2Y-rvBC-O73G
Docusign Envelope ID: 95EA9BE4-51CD-4612-BE19-F780CA22C754

indemnifying

~~14.    **BUILDING PERMIT:** This Contract ☑ is ☐ is not contingent upon Buyer's ability to acquire all required licenses and permits from the appropriate authorities to build on the Property. No later than _____ Calendar Days after the original Effective Date unless the Parties agree in writing to extend this Building Permit Period, Buyer may unilaterally terminate this Contract by Delivering to the Seller a Notice of Termination due to inability to acquire all required licenses and permits from the appropriate authorities to build on the Property. Should Buyer not Deliver Notice of Termination due to inability to acquire all required licenses and permits from the appropriate authorities to build on the Property to Seller during the Building Permit Period, Buyer agrees to purchase and Seller agrees to sell the Property in accordance with Contract.~~

~~15.    **REZONING:** This Contract ☑ is ☐ is not contingent upon the Property being rezoned to _____ by full approval (without any appeal during the appeal period) by the appropriate authorities. No later than _____ Calendar Days after the original Effective Date unless the Parties agree in writing to extend this Rezoning Period, Buyer may unilaterally terminate this Contract by Delivering to the Seller a Notice of Termination due to inability to acquire rezoning from the appropriate authorities to build on the Property. Should Buyer not Deliver Notice of Termination due to inability to acquire rezoning from the appropriate authorities during the Rezoning Period, Buyer agrees to purchase and Seller agrees to sell the Property in accordance with Contract. The ☐ Buyer or ☐ Seller shall be responsible for pursuing rezoning and paying all associated costs. All rezoning applications shall be submitted to the Seller for Seller's approval prior to filing. Seller shall not unreasonably or untimely withhold approval. All Parties agree to cooperate, sign the necessary documentation, and make efforts to support the rezoning application.~~

16.    **DEED RESTRICTIONS:** Seller shall provide copy of any deed restrictions [including zoning ordinances, condominium documents (master deed, financial information, etc.)] and a copy of all restrictions and covenants for said property within ___5___ Calendar Days of the Effective Date.

17.    **WELL, SEPTIC, WATER LINE, SEWER AVAILABILITY:** This Contract ☑ is ☐ is not contingent upon Buyer's ability to obtain from the South Carolina Department of Health and Environmental Control or other appropriate authorities all required permits for a well and septic system suitable for the Buyer's intended structure in the event a well or septic system is needed on the Property. No later than ___45___ Calendar Days after the original Effective Date unless the Parties agree in writing to extend this Well and Septic Permit Period, Buyer may unilaterally terminate this Contract by Delivering to the Seller a Notice of Termination due to inability to acquire all required permits from the appropriate authorities to install a conventional well and conventional septic system on the Property. Should Buyer not Deliver Notice of Termination due to inability to acquire all required permits from the appropriate authorities to install a well and septic system on the Property to Seller during the Well and Septic Period, Buyer agrees to purchase and Seller agrees to sell the Property in accordance with Contract. If the Property is connected or capable of being connected to a water and or sewer line maintained by a private or public utility for a customary tap fee not to exceed $ _____, the Buyer agrees to waive any applicable portion of the Well and Septic Contingency. Seller represents the Property is connected to water system: ☐ county ☐ city ☐ private ☐ corporate ☐ community ☐ well ☐ other _____. Seller represents the Property is connected to water disposal system: ☐ septic ☐ sewer ☐ private ☐ corporate ☐ government ☐ other _____

18.    **SOIL AND WATER TESTS AND WATER ISSUES:** After the Effective Date, the Buyer and Inspectors shall have the right to conduct Inspections including the rights to go on the property to conduct soil and water tests, including percolations tests, to ascertain whether the property is suitable for the improvements the Buyer desires. All expenses of such tests shall be paid by ☑ Buyer or ☐ Seller. Buyer shall be responsible for the repair, restoration, and any damages caused by such tests and Inspections.

Seller represents that the water supply is described fully here:

| Willingess to Serve letter on hand from Valley Public Service |
| --- |

Seller represents that all waste water is disposed of via waste water systems described fully here:

| Willingess to Serve letter on hand from Valley Public Service |
| --- |

Seller represents that all isolated wetlands or flood zones touching the property are described fully here:

19.    **CONDITION OF PROPERTY:** Seller shall not remove any timber, vegetation, dirt, minerals, or otherwise affect the condition of the property from the Effective Date through Closing. All timber, vegetation, dirt, minerals, or similar shall remain as part of the Property and be conveyed to the Buyer at Closing. The Seller shall not bring any trash, refuse, debris, dirt, fill, medical wastes, hazardous wastes, or other materials onto the Property. Seller shall Deliver Notice of any legal action or condemnation action to the Buyer as soon as possible. If Seller Delivers such Notice, Buyer may unilaterally terminate this Contract by Delivering to the Seller a Notice of Termination. Should Buyer not Deliver this Notice of Termination, Buyer agrees to purchase and Seller agrees to sell the Property in accordance with Contract.

20.    **SC RESIDENTIAL PROPERTY CONDITION DISCLOSURE STATEMENT ("CDS") [check one]:**

BUYER [_____]    BUYER [_____]    SELLER [_____]    SELLER
BUYER [_____]    BUYER [_____]    SELLER [_____]    SELLER

HAVE READ THIS PAGE

FORM 330 PAGE 5
© 2025 South Carolina Association of REALTORS®. 06/25

dotloop signature verification: dtlp.us/H2Y-rVbC-O7SG
Docusign Envelope ID: 95EA9BE4-51CD-4612-BE19-F780CA22C754

☐ Buyer and Seller agree that Seller has Delivered prior to this Contract, a CDS to Buyer, as required by SC Code of Laws Section 27-50-10 et seq. If after delivery, Seller discovers a CDS material inaccuracy or the CDS becomes materially inaccurate due to an occurrence or circumstance; the Seller shall promptly correct this inaccuracy (e.g. delivering a corrected CDS to the Buyer or making reasonable repairs prior to Closing). Buyer understands the CDS does not replace Inspections. Buyer understands and agrees the CDS contains only statements made by the Seller. Parties agree the Brokers are not responsible nor liable for any information in the CDS and the Brokers have met requirements of SC Code 27-50-70. CDS is not a substitute for the Buyers and Inspectors inspecting the Property, Property issues, and off site conditions for all needs.

☐ Buyer and Seller agree that Seller will **NOT** complete nor provide a CDS to Buyer in accordance with SC Code of Law, as amended, Section 27-50-30, Paragraph (13). Buyers have sole responsibility to inspect Property Issues for all their needs.

21. **LEAD BASED PAINT/LEAD HAZARDS:** If Property was built or contains items created prior to 1978, it may contain lead based hazards and Parties agree to sign "Disclosure of Information of Lead Based Paint and/or Lead Hazards" forms (e.g. SCR315) and give copies to Brokers. Parties acknowledge receiving and understanding the EPA pamphlet "Protect your Family From Lead in Your Home." For their protection, Buyers should conduct/obtain Inspections of all Property issues per their needs.

22. **SEX OFFENDER/CRIMINAL INFORMATION:** Parties agree that Brokers are not responsible for obtaining or disclosing information in the SC Sex Offender Registry and no course of action may be brought against the Brokers for failure to obtain or disclose sex offender or criminal information. Parties may obtain information about the sex offender registry by contacting the County Sheriff and the South Carolina Law Enforcement Division on the Internet at: https://scor.sled.sc.gov

23. **TRUST ACCOUNT INTEREST/CHARITABLE CONTRIBUTION:** According to the South Carolina Real Estate Commission regulations and South Carolina laws, any interest earned from deposit to Closing on Buyer's earnest money deposit belongs to Buyer. It is understood that Broker ☐ may ☐ may not place deposited earnest monies into an interest bearing trust account. If Buyer's earnest money deposit is deposited into an interest bearing trust account, Parties agree that Broker will retain all interest earned in said account and may contribute some or all to a charitable enterprise.

24. **SC INCOME TAX ON NON-RESIDENT GAIN AND COMPLIANCE AND USA FEDERAL INCOME TAX:** Seller and Buyer will comply with the provisions of the South Carolina laws [e.g. 12-8-580 (as amended)] regarding state income tax withholding requirements if the Seller is not a resident or has not filed South Carolina state income tax returns. Seller and Buyer will comply with United States of America federal income tax laws. Seller and Buyer should discuss tax laws and minimization actions with their qualified tax advisor. Parties will comply with all local, state, federal laws, and any rules.

25. **ROLLBACK TAXES (CHECK ONE OF THE FOLLOWING OPTIONS):**

☑ ~~The parties agree that the Seller shall pay any rollback taxes at the closing. No later than five calendar days prior to the closing date, Seller shall provide any and all information and documentation required by the appropriate taxing authority to assess the rollback taxes on the Property. The parties agree that County assessment/estimate for rollback taxes collected on the closing statement represents the final amount for rollback taxes to be paid by Seller, after the closing, neither party shall have any further duties or responsibilities to the other party related to rollback taxes.~~

☒ The parties agree that the Buyer shall pay any rollback taxes whenever the taxes are assessed; Seller has no responsibility for rollback taxes.

☐ The Parties agree to split agree to pay the rollback taxes as follows: _____ % paid by Buyer and _____ % paid by Seller

26. **SPECIAL STUDIES AREA, WETLANDS, AND ENVIRONMENTAL MATTERS:** All reports and certifications required by the Lender, Buyer, or any government concerning any special study area, wetlands, or environmental issues shall be ordered by _____ _____and paid for by _____. All of these reports or certifications shall be completed no later than_____Calendar Days after the original Effective Date, unless the Parties agree in writing or extend this period ("Environmental Period"). In the event repairs are necessary to address environmental concerns (Repair Requests); the Seller shall be Delivered Notice in writing of the specific defects or deficiencies no later than two Calendar Days after the Environmental Period. If the Buyer fails to notify the Seller within this timeframe, Buyer shall have waived any and all rights under terms of this section. If Lender's commitment requires any additional inspections or certifications, these are to be provided by the Buyer.

Upon Delivered Notice of the Repair Requests, Seller has five Calendar Days to address the Buyer's Repair Requests. The costs of all repairs to address environmental concerns to be paid by Seller. If the Seller fails to agree to make these repairs within this timeframe, the Buyer shall have two Calendar Days to choose any of the following options (1) accept the Property in its present condition, (2) negotiate with the Seller for the payment of these repairs or (3) terminate this Contract. The repairs to any other items are the sole responsibility of the Buyer. The obligations of the Seller for repairs terminate upon Closing. If the Seller agrees to make the repairs, the Parties agree to proceed under Contract.

27. **ENTIRE AND BINDING AGREEMENT (MERGER CLAUSE):** Parties agree that this Contract expresses the entire agreement between the parties, that there is no other agreement, oral/otherwise, modifying the terms and this Contract is binding on Parties



BUYER [_____] BUYER [_____] SELLER [_____] SELLER
BUYER [_____] BUYER [_____] SELLER [_____] SELLER

HAVE READ THIS PAGE    © 2025 South Carolina Association of REALTORS®. 06/25

FORM 330 PAGE 6

dotloop signature verification: dtlp.us/Fh2Y-TryBC-O75G
Docusign Envelope ID: 95EA9BE4-51CD-4612-BE19-F780CA22C754

and principals, heirs, personal representatives, successors, and assigns. Illegal provisions are severable.

28. **ADJUSTMENTS:** Buyer and Seller agree to settle or prorate, annually or as appropriate; as of Closing Date: (A) utilities and waste fees issued after Closing which include service for time Property was owned/occupied by Seller (B) real estate taxes and owner association fees/assessments for the calendar year of Closing (C) any rents, deposits, fees associated with leasing (D) insurance (including any non-special assessments assessed due to increased premiums), EMS service, fuel/consumables, and all other non-special assessments. Closing Attorney shall make tax proration based on the available tax information deemed reliable by the Closing Attorney. Should the tax or tax estimate or proration later become inaccurate or change, Buyer and Seller shall make any financial adjustments between themselves once accurate tax information is available and Buyer takes timely reasonable steps to minimize taxes. This section survives Closing. Buyer is solely responsible for timely and reasonably minimizing the Buyer's taxes and obtaining tax minimization procedural information including related legal counsel and financial counsel.

29. **DEFAULT/BREACH OF CONTRACT:**
    (A) If Seller defaults in the performance of any of the Seller's obligations under this Contract ("Default"), Buyer may:
        (i) Deliver Notice of Default to Seller and terminate Contract and
        (ii) Pursue any remedies available to Buyer at law or equity and
        (iii) Recover attorneys' fees and all other direct costs of litigation if Seller found in default/breach of Contract.
    (B) If Buyer defaults in the performance of any of the Buyer's obligations under this Contract ("Default"), Seller may:
        (i) Deliver Notice of Default to Buyer and terminate Contract and
        (ii) Pursue any remedies available to Seller at law or equity and
        (iii) Recover attorneys' fees and all other direct costs of litigation if Buyer found in default/breach of Contract.
    (C) If either/both Parties default, Parties agree to sign an escrow deposit disbursement agreement or release agreement.
    (D) Parties may agree in writing to allow a Cure Period for a default. If within the Cure Period, either Party cures the Default and Delivers Notice, Parties shall proceed under the Contract.

30. **NON-RELIANCE CLAUSE (NOT A MERGER CLAUSE NOR EXTENSION OF A MERGER CLAUSE):** Parties execute this Contract freely and voluntarily without reliance upon any statements, representations, inducements, promises, or agreements by Brokers or Parties except as expressly stipulated or set forth in this Contract. If not contained herein, such statements, representations, inducements, promises, or agreements shall be of no force or effect. Parties acknowledge that Brokers are being retained solely as licensed real estate agents and not as any attorney, tax/financial advisor, appraiser, surveyor, engineer, mold or air quality expert, home inspector, or other professional service provider.

31. **BROKER DISCLAIMER:** Parties acknowledge that Brokers give no warranties or representations of any kind, expressed or implied as to: (1) condition of the Property, including but not limited to termites, radon, mold, asbestos, moisture, environmental issues, water, waste, air quality, HVAC, utilities, plumbing, electrical or structure, etc. (2) condition of the Property, survey or legal matters, square footage (3) off site conditions (4) schools (5) title including but not limited to easements, encroachments, projections, encumbrances, restrictions, covenants, setbacks, and the like (6) fitness for a particular purpose of the Property or the improvements (7) zoning ordinances and restrictions (8) projected income, value, marketability, taxes, insurance, or other possible benefits to Buyer. Parties consent that their Brokers may communicate with them via any means; and use or disclose information not made confidential by written instruction of Parties.

32. **BROKERS COMPENSATION:** Parties direct Closing Attorney to use settlement funds to collect and disburse compensation to Brokers in accordance with this Agreement or in any separate listing or buyer agreement, as amended, between any Party and a Broker or other affiliated licensees, and document compensation on the settlement statement. **[NOTE: If the compensation of any broker is to be included in this Agreement, the parties should attach a Buyer's Broker compensation agreement (Appropriate SCR Form 120 or similar agreement) to this Agreement to reflect the same.]** Parties agree that Brokers are third party beneficiaries to this Contract and have standing to seek remedies at law and equity that benefit them or afford them rights and defenses and will have all remedies at law or in equity in the event of a breach of this Agreement. Parties represent that their only enforceable agency and/or non-agency agreements are with the Brokers disclosed in this Contract.

33. **ATTACHMENTS, OTHER CONTINGENCIES, TERMS, AND/OR STIPULATIONS:** All exhibits and/or addenda attached to this agreement, listed below, or referenced in this Agreement are made a part of this Agreement.

☐ SCR Compensation Agreement, Form 120LB2BB (listing broker to buyer broker)
☑ SCR Compensation Agreement, Form 120S2BB (seller to buyer broker)
☐ SCR Lead Based Paint Addendum, Form 315
☐ SCR Agreement to Buy and Sell Assumption of Mortgage, Form 320
☐ SCR Buyer Agreement to Occupy prior to Closing, Form 370
☐ SCR Possession by Seller after Closing, Form 375
☒ SCR Addendum/Amendment, Form 390
☐ SCR Additional Clauses for Addendum, Form 391
☐ SCR Contingency Addendum Sale of Buyer's Real Property, Form 504

| BUYER | BUYER | SELLER | SELLER |
| --- | --- | --- | --- |
| BUYER | BUYER | SELLER | SELLER |

HAVE READ THIS PAGE

© 2025 South Carolina Association of REALTORS®. 06/25

dotloop signature verification: dtlp.us/Fh2Y-rvBC-O75G
Docusign Envelope ID: 95EA9BE4-51CD-4612-BE19-F780CA22C754

☐ SCR Personal Property Addendum, Form 530
☐ SCR Backup Contract Addendum, Form 545
☐ SCR Home Warranty Addendum, Form 555
☒ SCR Wire Fraud Warning, Form 610
☐Other:
☐Other:
☐Other:

34. **NOTICE AND DELIVERY:** Notice is any unilateral communication (offers, counteroffers, acceptance, termination, unilateral requests for better terms, and associated addenda/amendments) from one Party to the other. Notice to/from a Broker representing a Party is deemed Notice to/from the Party. All Notice, consents, approvals, counterparts, and similar actions required under Contract must be in paper or electronic writing and will only be effective as of delivery to the Notice address/email/fax written below and awareness of receipt by Broker ("Delivered") unless Parties agree otherwise in writing.

35. **Due to potential criminal activity, parties are solely responsible to verify all wiring instructions with law firm/bank and understand that audio/visual surveillance may occur. Parties acknowledge receiving, reading, reviewing, and understanding: this Contract, the SC Disclosure of Real Estate Brokerage Relationships form, any agency agreements, and copies of these documents. Parties acknowledge having time and opportunity to review all documents and receive legal counsel from their attorneys prior to signing Contract.**

36. **EXPIRATION OF OFFER:** When signed by a Party and intended as an offer or counter offer, this document represents an offer to the other Party that may be rescinded any time prior to or expires at 6          ☐AM ☒PM
on          02/16/2026          unless accepted or counter-offered by the other Party in written form Delivered prior to such deadline: **This offer will expire automatically if no action is taken by either party 30 calendar days after the offer's submittal.**

IN WITNESS WHEREOF, this Contract has been duly executed by the Parties as true to the best of their knowledge/belief.

If signee is not a Party, appropriate legal documents (e.g. Power of Attorney, Corporate Authorization) are ☐ attached or ☐ to be Delivered within          Calendar Days. **Parties shall initial and date all page and changes in this Contract.**

**BOTH PARTIES AGREE TO PROVIDE AN ACCURATE NOTICE ADDRESS AND EMAIL FOR ALL CORRESPONDENCE. THE EMAIL AND ADDRESS OF THE BROKER CAN SERVE AS THE NOTICE ADDRESS.**

**BUYER:** ▨          Date:          Time:

**BUYER:**          Date:          Time:

**BUYER:**          Date:          Time:

**BUYER:**          Date:          Time:

**NOTICE ADDRESS/EMAIL/FAX (Where Buyer wants all contracts and correspondence to be sent):** _____

**SELLER:** [DocuSigned by signature] 3908E7C1D6A844C...          Dwayne P. Davis for Graniteville Holdings, LLC          Date: 3/2/2026          Time:

**SELLER:**          Date:          Time:

**SELLER:**          Date:          Time:

**SELLER:**          Date:          Time:

**NOTICE ADDRESS/EMAIL/FAX (Where Seller wants all contracts, correspondence, and termination fee to be sent):**



[    ] BUYER [    ] BUYER [          [ ] BUYER [    ] SELLER [    ] SELLER
[    ] BUYER [          [ ] BUYER [    ] SELLER [    ] SELLER

HAVE READ THIS PAGE          FORM 330 PAGE 8
© 2025 South Carolina Association of REALTORS®. 06/25

dotloop signature verification: [illegible]
Docusign Envelope ID: 95EA9BE4-51CD-4612-BE19-F780CA22C754



Keller Williams Realty Augusta Partners

**ompany**

**B** **ress**

**gent License #/LLR Office Code**

**phone Number**

Palmer & Co., LLC

**Seller's Agent/Company**

**Seller's Agent License #/LLR Office Code**

**Seller's Agent Telephone Number**

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH _____ IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE SOUTH CAROLINA ASSOCIATION OF REALTORS® AT (803) 772-5206.



[ _02/13/26_ ] BUYER [          | BUYER [          | SELLER [          | SELLER
[          ] BUYER [          | BUYER [          | SELLER [          | SELLER

HAVE READ THIS PAGE

FORM 330 PAGE 9
© 2025 South Carolina Association of REALTORS®. 06/25

dotloop signature verification: dtlp.us/GAOA-nrD-MIN
Docusign Envelope ID: 95EA9BE4-51CD-4612-BE19-F780CA22C754

 

**REALTOR®**

# WIRE FRAUD WARNING

**Anyone involved in a real estate transaction can become a criminal's target for WIRE FRAUD, crimes, or assault.**

**Always be suspicious of all emailed wiring instructions. Always check the wire's authenticity and routing numbers. Immediately communicate any suspicion of an email WIRE FRAUD scheme to banks and law enforcement (FBI).**

## NEVER WIRE MONEY OR SEND MONEY TO ANYONE WITHOUT VERBALLY VERIFYING THE WIRING/TRANSFER DIRECTIONS AND RECIPIENT VIA TRUSTED SOURCES (NOT EMAIL) IN A TIMELY AND REASONABLE MANNER

### DUE TO WIRE FRAUD SCAMS, REALTORS® WILL ALMOST NEVER EMAIL WIRING INSTRUCTIONS.

Always verify wiring instructions via trusted sources (**not** email)(e.g. phone, visual, mail) and knowing/recognizing lawyer's/seller's/staff's voice on the phone or seeing faces. Beware: Criminals create fake law firms/staff/phone numbers.

Domestic and over seas organized WIRE FRAUD criminals can create fake phone numbers using a local area code.

Domestic and over seas organized WIRE FRAUD criminals may hack into trusted email accounts (e.g. lawyers, sellers, real estate licensees, bankers) and email fake wire instructions to YOU and steal YOUR money if YOU wire without verification.

WIRE FRAUD defenses: Proper verification of WIRE instructions. Use secure/encrypted email, mail, courier, or fax in lieu of email which is vulnerable to WIRE FRAUD hacking. Obtain cyber/crime insurance. Utilize trusted REALTORS®, local established professionals. Timely/properly investigate/check on people, companies, and real estate schemes/crimes (internet) to avoid and deter crooks. Contact law enforcement and SCR (803-772-5206) for information on WIRE FRAUD.

Domestic and over seas organized criminals can "phish" for identity theft information. Beware clicking links and emails. Consider using two step email authentication (text code) alongside state of the art password protection. Sellers should secure all valuables, drugs, weapons, pets, sentimental items, and identity theft information prior to showings.
Consider personal safety at all times. Stop criminals scraping listings into fake rentals (Google Alerts, Alert Craigslist/VRBO).

**PARTIES ARE SOLELY RESPONSIBLE FOR OBTAINING LEGAL ADVICE PRIOR TO SIGNING AND DURING THE TRANSACTION. REALTORS® RECOMMEND OBTAINING LEGAL COUNSEL. VERIFY WIRE INSTRUCTIONS. Due to potential WIRE FRAUD, parties are solely responsible to verify all WIRE instructions from anyone. Parties acknowledge receiving, reading, reviewing, and understanding: this WIRE FRAUD WARNING. Please report crimes to law enforcement (e.g. FBI) and applicable REALTOR® associations ( info@screaltors.org 803-772-5206).**

DocuSigned by:

3908E7C1D6A844C...
**Dwayne P. Davis for Graniteville Holdings, LLC**

3/2/2026
**Date:**                    **Time:**

dotloop verified
03/05/26 1:15 PM EST
AU12-MX8C-KHOA-CY5J

**Date:**                    **Time:**

**Date:**                    **Time:**

REALTOR® is the registered collective membership mark which may be used only by those real estate licensees who are members of the NATIONAL ASSOCIATION OF REALTORS® and who subscribe to its strict professional Code of Ethics. The South Carolina Association of REALTORS® (SCR) owns copyright to the content of this form and expressly prohibits the display, distribution, duplication, transmission, alteration, or reproduction of any part of SCR copyright content as well as the use of the name "South Carolina Association of REALTORS®" in connection with any written or electronic format without the prior written consent of SCR. SCR makes no representation as to the legal adequacy of this form or the information added for a specific transaction and recommends that Parties consult a SC attorney prior to signing to ensure the completed form meets your legal need.

**© 2024 South Carolina Association of REALTORS®. 7/2017**

*JPH*  BUYER [    ] BUYER [    ] SELLER [    ] SELLER [    ]        [    ]        **HAVE READ THIS PAGE**
03/05/26
1:15 PM EST
dotloop verified                                                        **FORM 610   PAGE 1 of 1**

Palmer & Co., LLC, 536 Connector Rd Graniteville SC 29802                Phone: 8036130000        Fax:        Hester Street Lots,
Jason C. Palmer                Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com



## ADDENDUM/AMENDMENT TO

**X** AGREEMENT/CONTRACT TO BUY AND SELL REAL ESTATE [ ☐ OFFER OR **X** COUNTEROFFER] OR
☐ RESIDENTIAL RENTAL AGREEMENT OR ☐ OTHER: _____
COVERING THE **X** REAL PROPERTY **X** PREMISES ☐ BUSINESS ☐ OTHER: _____

Further described or commonly known as:

Address **7 Lots on Hester Street**     Unit # _____

City **Graniteveille**     State of South Carolina

Other _____ TMS **See Section 35.**

The undersigned Parties hereby agree as follows: **Buyer acknowledges and accepts Sellers intent to place a deed restriction prior to closing across the 7 lots on Hester Street referenced within this Addendum/Amendment to the Agreement/Contract: To Buy and Sell Real Estate (Lots/Acreage). Such restrictions shall expressly prohibit the placement, installation, parking, or use of any mobile homes, manufactured homes, modular homes, trailers, recreational vehicles, or other similar temporary or transportable structures on the lots for use as a residential dwelling. Buyer accepts the property subject to these deed restrictions.** *DPH 03/05/26 1:15 PM EST*

Buyer would like the following added: Stick built homes on site. Min 1000 sq ft. Lots to be residential only. Lot sizes can be adjusted per future's buyer request, and approval by local authorities.

**EXPIRATION OF OFFER:** When signed by a Party and intended as an offer or counter-offer, this document represents an offer to the other Party that may be rescinded any time prior to or expires at **6:00** ☐ AM **X** PM on **March 5 2026** unless accepted or counter-offered by the other Party in written form Delivered prior to such deadline.

**Parties are solely responsible for obtaining legal advice prior to entering into this Contract and counsel as required.**

IN WITNESS WHEREOF, this Agreement has been duly executed by the Parties.

**BUYER:** ☒☒☒☒☒☒☒☒ *dotloop verified 03/05/26 1:15 PM EST BMLT-TEVL-UJZC-GMPQ*    Date: _____    Time: _____

**BUYER:** _____    Date: _____    Time: _____

_____    Date: _____    Time: _____

_____    Date: _____    Time: _____

**SELLER:** *DocuSigned by:* _____    Date: **3/2/2026**    Time: _____
Dwayne P. Davis for Graniteville Holdings, LLC

**SELLER:** _____    Date: _____    Time: _____

_____    Date: _____    Time: _____

_____    Date: _____    Time: _____

REALTOR® is the registered collective membership mark which may be used only by those real estate licensees who are members of the NATIONAL ASSOCIATION OF REALTORS® and who subscribe to its strict professional Code of Ethics. The South Carolina Association of REALTORS® (SCR) owns copyright to the content of this form and expressly prohibits the display, distribution, duplication, transmission, alteration, or reproduction of any part of SCR copyright content as well as the use of the name "South Carolina Association of REALTORS®" in connection with any written or electronic format without the prior written consent of SCR. SCR makes no representation as to the legal adequacy of this form or the information added for a specific transaction and recommends that Parties consult a SC attorney prior to signing to ensure the completed form meets your legal need.

© 2024 South Carolina Association of REALTORS®. 10/2017

FORM 390   PAGE 1 of 1

Palmer & Co., LLC, 536 Connector Rd Graniteville SC 29802    Phone: 8036130000   Fax:    Hester Street Lots,
Jason C. Palmer    Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com

dotloop signature verification: dtlp.us/Xaws-fiGvc-No7H
Docusign Envelope ID: 95EA9BE4-51CD-4612-BE19-F780CA22C754



## COMPENSATION AGREEMENT - SELLER TO BUYER'S BROKER

1.  **PARTIES:** This Seller to Buyer's Broker Compensation Agreement is between:

    Seller: **Dwayne P. Davis for Graniteville Holdings, LLC** _____ ("Seller") and
    Buyer's Broker: _____ ("Buyer's Broker")

2.  **PROPERTY ADDRESS:** 7 Lots on Hester Street , Graniteveille, SC  29829 _____ ("Property") listed by
    **Palmer & Co., LLC** _____ ("Listing Broker").

3.  **BUYER'S NAME** ▨ _____ , including any affiliates, successors, or
    assigns ("Buyer .

4.  **TERM: THE OFFER OF COMPENSATION MADE IN THE SECTION 5 IS BINDING ON THE PARTIES TO THIS AGREEEMENT <u>ONLY</u> IF THE SELLER AND THE BUYER NAMED IN SECTION 3 ARE UNDER AN EXECUTED AND RATIFIED CONTRACT WITHIN 30 DAYS OF THIS AGREEMENT BEING SIGNED.**

    **IF THE SELLER AND THE BUYER NAMED IN SECTION 3 ARE NOT UNDER A SIGNED SALES AGREEMENT WITHIN 30 DAYS OF THIS AGREEMENT'S EFFECTIVE DATE THEN THIS AGREEMENT IS CONSIDERED NULL AND VOID**

    **PAYMENT WILL ONLY BE MADE AT CLOSING UNLESS OTHERWISE AGREED UPON IN WRITING.**

5.  **BUYER'S BROKER COMPENSATION:** If Buyer's Broker is the procuring cause of the sale of Property during the Term, Seller will compensate Buyer's Broker as stated below at closing of Property.

    Seller agrees to compensate Buyer's Broker (CHECK ONE):

    ☐   Exactly $ _____ (US Dollars)
    ☒   _____ **3.000%** _____ % of the gross purchase price as reflected on the final settlement statement
    ☐   Other : _____

    Seller acknowledges that compensation paid to Buyer's Broker is for services Buyer's Broker provided to Buyer.

    **Buyer Broker certifies that they have informed their Buyer of the possibility of being paid by more than one party and has obtained Buyer's written permission to do so.**

    **If Seller defaults by failing to pay Buyer's Broker Compensation at closing or defaults by preventing closing in violation of the Contract of Sale, Seller must pay Buyer's Broker Compensation.**

6.  **DISPUTE RESOLUTION:** All controversies, claims, and other matters in question between the parties arising out of or relating to this Agreement or the breach thereof will be settled by first attempting mediation with a mediator agreed upon by the parties. If litigation arises out of this Agreement, the prevailing party will be entitled to recover reasonable attorney's fees and costs.

7.  **MISC. CLAUSES:** This Agreement will be construed under South Carolina law. This Agreement represents the entire agreement and understanding between the parties as to the subject matter herein and supersedes all prior or contemporaneous agreements whether written or oral. No waiver, alteration, or modification of any of the provisions of this Agreement will be binding unless in writing and signed by the parties hereto. Electronic signatures will be acceptable and binding. **Broker's commissions are not set by law and are fully negotiable.**

---DocuSigned by:

| | 3/2/2026 |
|---|---|
| **Dwayne P. Davis for Graniteville Holdings, LLC** | |
| Seller (printed name) | (signature) 06A844C...    (date) |

| | |
|---|---|
| Seller    rinted name) | (signature)    (date) |

dotloop verified
03/05/26 12:47 PM
EST
SB1N-J84B-VR34-RJJM

| | |
|---|---|
| Bu ▨    arge or Authorized Associate (printed name) | (signature)    (date) |

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH ▨ IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST T ▨ OULD BE REPORTED TO THE SOUTH CAROLINA ASSOCIATION OF REALTORS® AT (803) 772- .



Copyright© 2025 by South Carolina Association of REALTORS®
Form 120S2BB
Page 1 of 1   06/25